IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr26-SPM

GARTH EDWARD HAMBELTON,

Defendant.
_____/

### ORDER CONTINUING TRIAL PENDING APPEAL OF SUPPRESSION ORDER

The Government has elected to appeal the Order Granting Motion to Suppress (doc. 38).  The evidence suppressed is material to the case and the appeal has not been taken for purpose of delay.  18 U.S.C. § 3731.  This Court is without jurisdiction to proceed to trial while the appeal is pending.  United States v, Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995) (government's notice of appeal "divests the district court of jurisdiction over the aspects of the case involved in the appeal.") .  Accordingly, it is

ORDERED AND ADJUDGED:  Trial is continued pending appeal of the suppression order.

DONE AND ORDERED this 3rd day of April, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge