IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr26-SPM

GARTH EDWARD HAMBELTON,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause comes before the Court on the Motion of the United States to Dismiss Case. Doc. 56. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 56) is granted.

2. This case is dismissed with prejudice.

3. The bond is exonerated.

DONE AND ORDERED this 9th day of July, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge